Julie S. Turner (State Bar No. 191146)
    turner@turnerboyd.com
Karen I. Boyd (State Bar No. 189808)
    boyd@turnerboyd.com
Joshua M. Masur (State Bar No. 203510)
    masur@turnerboyd.com
TURNER BOYD LLP
2625 Middlefield Rd. #675
Palo Alto, California 94306
Telephone: (650) 494-1530
Facsimile: (650) 472-8028

KARL R. CANNON *Pro Hac Vice*
    kcannon@chcpat.com
BRETT J. DAVIS *Pro Hac Vice*
    bdavis@chcpat.com
CLAYTON, HOWARTH & CANNON, P.C.
P.O. Box 1909
Sandy, Utah 84091
Telephone: (801) 255-5335
Facsimile: (801) 255-5338

Attorneys for Defendant and Counterclaimant
POOL COVER SPECIALISTS NATIONAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY J. LAST, an individual, and AMCS, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>POOL COVER SPECIALISTS NATIONAL, INC., a Utah corporation,<br><br>Defendant. | Case No. CV 09-2193 EDL<br><br>**~~PROPOSED~~ ORDER GRANTING DEFENDANT POOL COVER SPECIALISTS NATIONAL, INC.'S MOTION FOR LEAVE TO SUPPLEMENT INVALIDITY CONTENTIONS PURSUANT TO PATENT L.R. 3-6** |

Based upon Defendant Pool Cover Specialists National, Inc.'s ("PCSN") Motion for Leave to Supplement Invalidity Contentions Pursuant to Patent L.R. 3-6, the arguments of counsel at the hearing held on January 5, 2010, and other good cause so appearing, it is hereby ORDERED that:

1. PCSN's Motion for Leave to Supplement Invalidity Contentions Pursuant to Patent L.R. 3-6 is hereby GRANTED.

2. PCSN shall serve upon Plaintiffs Harry J. Last and AMCS, Inc. its supplemental invalidity contentions for U.S. Patent No. 5,349,707 based upon International Publication Number WO 92/01849 within fifteen (15) days of the entry of this Order.

Dated: January 8, 2010

Respectfully submitted,
Clayton, Howarth & Cannon, P.C.

By:/s/_____
    Karl R. Cannon
    Attorney for Defendant and Counterclaimant
    POOL COVER SPECIALISTS NATIONAL, INC.

Approved as to form:
Mount & Stoelker, P.C.

By:/s/_____
    Daniel H. Fingerman
    Attorney for Plaintiffs and Counter-defendants
    HARRY J. LAST AND AMCS, INC.

*Pursuant to Paragraph X.B of General Order No. 45, the filer hereby attests that concurrence in the filing of the document has been obtained from the signatories.*

IT IS SO ORDERED.

Dated: \_\_January 11, 2010_____

By:_____
    Hon Elizabeth D. Laporte
    United States Magistrate Judge

[PROPOSED] ORDER GRANTING LEAVE TO SUPPLEMENT INVALIDITY CONTENTIONS     2     CASE NO. CV 09-2193 EDL