| | |
|---|---|
| 1 | Julie S. Turner (State Bar No. 191146) |
|   |     *turner@turnerboyd.com* |
| 2 | Karen I. Boyd (State Bar No. 189808) |
|   |     *boyd@turnerboyd.com* |
| 3 | Joshua M. Masur (State Bar No. 203510) |
|   |     *masur@turnerboyd.com* |
| 4 | TURNER BOYD LLP |
|   | 2625 Middlefield Rd. #675 |
| 5 | Palo Alto, California 94306 |
|   | Telephone: (650) 494-1530 |
| 6 | Facsimile: (650) 472-8028 |
| 7 | KARL R. CANNON *Pro Hac Vice* (Utah State Bar No. 6508) |
|   |     *kcannon@chcpat.com* |
| 8 | BRETT J. DAVIS *Pro Hac Vice* (Utah State Bar No. 7840) |
|   |     *bdavis@chcpat.com* |
| 9 | CLAYTON, HOWARTH & CANNON, P.C. |
|   | P.O. Box 1909 |
| 10 | Sandy, Utah 84091 |
|    | Telephone: (801) 255-5335 |
| 11 | Facsimile: (801) 255-5338 |
| 12 | Attorneys for Defendant and Counterclaimant |
|    | POOL COVER SPECIALISTS NATIONAL, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY J. LAST, an individual, and AMCS, INC., a California corporation, | Case No. CV 09-2193 EDL |
| Plaintiffs, | **STIPULATION TO EXTEND CASE MANAGEMENT DEADLINES** |
| v. | AS MODIFIED |
| POOL COVER SPECIALISTS NATIONAL, INC., a Utah corporation, | |
| Defendant. | |

    Plaintiffs Harry J. Last and AMCS, Inc. (collectively "AMCS") and Defendant Pool Cover Specialists National, Inc. ("PCSN") hereby stipulate to extend the case management deadlines set by the Court in the Case Management and Pretrial Order for Jury Trial entered on August 25, 2009 ("Case Management Order"). In particular, the parties respectfully request that this Court enter an Order extending each of the pertinent case deadlines by a period of approximately ninety (90) days, with the precise date of each pertinent deadline to be determined by the Court in accordance with the

Court's calendar.

This motion is based upon the directions given by the Court at the hearing held on January 5, 2010 in conjunction with PCSN's motion to supplement its invalidity contentions. In particular, at the hearing, the parties' jointly requested the aforementioned extension of the case management deadlines due to AMCS' recent substitution of counsel. The Court agreed that such an extension would be appropriate and directed the parties to file this stipulated motion reflecting the same. Below are the stipulated extensions of each of the pertinent case management deadlines:

A. A further case management conference is set for October 26, 2010, before Magistrate Judge Laporte in Courtroom E, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

B. An updated joint case management conference statement shall be filed no later than October 18, 2010.

C. Patent L.R. 4-1 exchange of proposed terms and claims elements for construction shall occur no later than June 14, 2010.

D. Patent L.R. 4-2 exchange of preliminary claim constructions and extrinsic evidence shall occur no later than July 14, 2010.

E. The parties shall file a Patent L.R. 4-3 joint claim construction statement no later than October 7, 2010.

F. Claim construction discovery shall be completed by September 28, 1010.

G. The patentee shall file and serve an opening claim construction brief no later than ~~October 18, 2010.~~ OCTOBER 19, 2010.

H. An opposition claim construction brief shall be filed and served no later than ~~November 1, 2010.~~ NOVEMBER 2, 2010

I. A reply claim construction brief shall be filed and served no later than November 8, 2010.

J. The Court will hold a claim construction tutorial on ~~November 17, 2010, at 9:30 a.m.~~ DECEMBER 1, 2010 at 2:00 p.m. The parties shall call the Court at least a week prior to the tutorial to notify the Court regarding the expected length of the tutorial.

|   |   |   |
|---|---|---|
| 1 | K. | The Court will hold a claim construction hearing on ~~December 1, 2010~~ **DECEMBER 15, 2010** **JUNE 20, 2011**, at 9:30 a.m. |
| 2 | L. | Jury trial will begin on ~~June 6, 2011~~, at 8:30 a.m. in Courtroom E, 15th floor, 450 Golden Gate Avenue, San Francisco, CA 94102, and will not be more than fourteen days. Any party who wants to order a daily transcript must notify the Court Reporter Supervisor at least two weeks before the trial. |
| 6 | M. | All non-expert discovery shall be completed no later than October 28, 2010. |
| 7 | N. | Expert disclosures for the party bearing the burden of proof at trial shall be made no later than August 16, 2010. |
| 9 | O. | Rebuttal expert disclosures shall be made no later than September 16, 2010. |
| 10 | P. | All expert discovery shall be completed no later than October 28, 2010. |
| 11 | Q. | The last day for hearing dispositive motions shall be ~~February 9, 2011~~ **MARCH 15, 2011**. Dispositive motions shall be served and filed no later than ~~thirty-five (35)~~ **FORTY-TWO (42)** days prior to the scheduled hearing date. Any opposition shall be served and filed no later than ~~twenty-one (21)~~ **THIRTY-FIVE (35)** days prior to the hearing date. Any reply to the opposition shall be served and filed no later than ~~fourteen (14)~~ **TWENTY-ONE (21)** days prior to the date of the hearing. |
| 16 | R. | A pretrial conference shall be held on ~~May 17, 2011, at 2:00 p.m~~ **JUNE 1, 2011 at 9:30 a.m.** in Courtroom E, 15th Floor. |

Dated and Stipulated to this 18th day of January 2010.

Clayton, Howarth & Cannon, P.C.

By:___/s/ Karl R. Cannon /s/_____
    Karl R. Cannon
    Attorney for Defendant and Counterclaimant
    POOL COVER SPECIALISTS NATIONAL, INC.

Mount & Stoelker, P.C.

By:___/s/ Daniel H. Fingerman /s/____
    Daniel H. Fingerman
    Attorney for Plaintiffs and Counter-defendants
    HARRY J. LAST AND AMCS, INC.

1  *Pursuant to Paragraph X.B of General Order No. 45, the filer hereby attests that concurrence in the filing of the document has been obtained from the signatories.*
2
3
4
5  PURSUANT TO STIPULATION, IT IS SO ORDERED.
6
7  Dated: January 22, 2010                             By: *Elizabeth D. Laporte*
                                                          Judge Elizabeth D. Laporte
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND CASE MANAGEMENT
DEADLINES                                    4                    CASE NO. CV 09-2193 EDL