UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARRY LAST and AMCS, INC.,

        Plaintiffs,

   v.

POOL COVER SPECIALIST NATIONAL, INC.,

        Defendant.
                                           /

No. C 09-2193-EDL

**ORDER GRANTING DEFENDANT'S SECOND MOTION FOR LEAVE TO SUPPLEMENT INVALIDITY CONTENTIONS**

     Defendant Pool Cover Specialists National, Inc. ("PCSN") has filed a Second Motion for Leave to Supplement Invalidity Contentions based on recently discovered prior art. Plaintiffs do not oppose the motion. The Court finds this motion suitable for decision without oral argument and the matter is deemed submitted. For the reasons set forth in PCSN's unopposed motion, the Court finds good cause for GRANTING PCSN's request for leave to supplement its invalidity contentions pursuant to Patent Local Rule 3-6.

**IT IS SO ORDERED.**

Dated: March 9, 2010

                                                     ELIZABETH D. LAPORTE
                                                     United States Magistrate Judge