| | |
|---|---|
| 1 | Julie S. Turner (State Bar No. 191146) |
| | *turner@turnerboyd.com* |
| 2 | Karen I. Boyd (State Bar No. 189808) |
| | *boyd@turnerboyd.com* |
| 3 | Joshua M. Masur (State Bar No. 203510) |
| | *masur@turnerboyd.com* |
| 4 | TURNER BOYD LLP |
| | 2625 Middlefield Rd. #675 |
| 5 | Palo Alto, California 94306 |
| | Telephone:  (650) 494-1530 |
| 6 | Facsimile:  (650) 472-8028 |
| 7 | KARL R. CANNON *Pro Hac Vice* (Utah State Bar No. 6508) |
| | *kcannon@chcpat.com* |
| 8 | BRETT J. DAVIS *Pro Hac Vice* (Utah State Bar No. 7840) |
| | *bdavis@chcpat.com* |
| 9 | CLAYTON, HOWARTH & CANNON, P.C. |
| | P.O. Box 1909 |
| 10 | Sandy, Utah 84091 |
| | Telephone: (801) 255-5335 |
| 11 | Facsimile: (801) 255-5338 |
| 12 | Attorneys for Defendant and Counterclaimant |
| | POOL COVER SPECIALISTS NATIONAL, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARRY J. LAST, an individual, and AMCS, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>POOL COVER SPECIALISTS NATIONAL, INC., a Utah corporation,<br><br>Defendant. | Case No. CV 09-2193 EDL<br><br>**STIPULATION TO EXTEND CASE MANAGEMENT DEADLINES** |

Pursuant to Civil L.R. 6-2, plaintiffs Harry J. Last and AMCS, Inc. (collectively "AMCS") and defendant Pool Cover Specialists National, Inc. ("PCSN") hereby stipulate and jointly request that, for the reasons set forth in the accompanying Declaration of Karl Cannon, the Court reschedule the parties' exchange of positions and briefing on claim construction under chapter 4 of the Patent Local Rules, set forth in the Court's January 22, 2010 Order to Extend Case Management Deadlines (D.I. 39), as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Patent L.R. 4-1 exchange of proposed terms and claims elements for construction | June 14, 2010 | August 13, 2010 |
| Patent L.R. 4-2 exchange of preliminary claim constructions and extrinsic evidence | July 14, 2010 | September 2, 2010 |
| Patent L.R. 4-3 joint claim construction statement | October 7, 2010 | October 14, 2010 |
| Completion of claim construction discovery | September 28, 1010 | October 5, 2010 |
| Opening claim construction brief | October 19, 2010 | October 26, 2010 |
| Opposition claim construction brief | November 2, 2010 | November 9, 2010 |
| Reply claim construction brief | November 8, 2010 | November 15, 2010 |
| Claim construction tutorial | December 1, 2010 | No change |
| Claim Construction Hearing | December 15, 2010 | No change |

There have been previous time modifications in this case. Because the proposed modifications do not affect the timing of the claim construction tutorial and hearing, they would not

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

STIPULATION TO EXTEND CASE MANAGEMENT DEADLINES        2        CASE NO. CV 09-2193 EDL

affect the overall schedule in the case.

Dated: July 14, 2010                           CLAYTON, HOWARTH & CANNON, P.C.

                                               By: /s/
                                                  Karl R. Cannon

                                               Attorneys for Defendant and Counterclaimant
                                               POOL COVER SPECIALISTS NATIONAL, INC.

Dated: July 14, 2010                           MOUNT & STOELKER, P.C.

                                               By: /s/
                                                  Daniel H. Fingerman

                                               Attorney for Plaintiffs and Counter-defendants
                                               HARRY J. LAST AND AMCS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __July 16, 2010__                       By: *Elizabeth D. Laporte*
                                                  Hon. Elizabeth D. Laporte
                                                  United States Magistrate Judge

*Pursuant to Paragraph X.B of General Order No. 45, the filer hereby attests that concurrence in the filing of the document has been obtained from the signatory.*

STIPULATION TO EXTEND CASE MANAGEMENT
DEADLINES                                           3                        CASE NO. CV 09-2193 EDL